JS-6

**MICHAEL S. HUMPHRIES**
State Bar Number 182407
Attorney at Law
12535 Seal Beach Blvd., Suite 210
Seal Beach, California 90740
(562) 493-0289 - Phone
(562) 493-0371 - Fax

Attorney for Plaintiffs
OSCAR BENDER and DONNA R. BENDER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR BENDER and DONNA R. BENDER,<br><br>Plaintiffs,<br><br>v.<br><br>FOUR WINDS INTERNATIONAL, INC., THOR INDUSTRIES, INC., CUMMINS, INC., GIANT RV, BANK OF AMERICA, N.A., and DOES 1-20<br><br>Defendants. | Case No. SACV 08-01422 AHS (MLGx)<br>ORDER ON<br>**JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION**<br><br>Assigned to Hon. Alicemarie H. Stotler |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs OSCAR BENDER and DONNA R. BENDER ("plaintiffs") and Defendants FOUR WINDS INTERNATIONAL, INC., CUMMINS, INC., GIANT RV and BANK OF AMERICA, N.A. ("defendants"), by and through their respective attorneys of record as follows:

1. The entire matter may be dismissed with prejudice;
2. The court may retain jurisdiction to enforce settlement.

///
///

IT IS SO ORDERED

Dated **OCT 1 6 2009**

_____
ALICEMARIE H. STOTLER
United States District Judge

1

**JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION**

IT IS HEREBY STIPULATED AND AGREED:

DATED: October 9, 2009        By: _____
                                  Michael S. Humphries
                                  Attorney for Plaintiffs

DATED: _____   By: _____
                                  Dolores E. Gonzales
                                  Attorney for Four Winds
                                  International. Inc.

DATED: _____   By: _____
                                  Michael F. Klein
                                  Attorney for Giant Inland Empire RV
                                  Center, Inc.

DATED: _____   By: _____
                                  Hubert Kim
                                  Attorney for Cummins, Inc.

DATED: _____   By: _____
                                  Scott J. Hyman
                                  Attorney for Bank of America

IT IS SO ORDERED:

DATED: _____

                              _____
                              Honorable Alicemarie H. Stotler

**JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION**

```
                                 Fax:858-874-1888        Oct  9 2009 15:09      P.02
OCT-09-2009 12:15 From:562 493 0371                                          Page:3/3
```

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED: |
| 2 | |
| 3 | DATED: October 9, 2009     By: *[signature]* |
| 4 | Michael S. Humphries<br>Attorney for Plaintiffs |
| 5 | DATED: 10-9-09            By: *[signature]* |
| 6 | Dolores E. Gonzáles |
| 7 | Attorney for Four Winds International, Inc. |
| 8 | |
| 9 | DATED: _____     By: _____<br>Michael F. Klein |
| 10 | Attorney for Giant Inland Empire RV Center, Inc. |
| 11 | |
| 12 | DATED: _____     By: _____<br>Hubert Kim |
| 13 | Attorney for Cummins, Inc. |
| 14 | DATED: _____     By: _____ |
| 15 | Scott J. Hyman<br>Attorney for Bank of America |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | IT IS SO ORDERED: |
| 21 | DATED: _____ |
| 22 | |
| 23 | Honorable Alicemarie H. Stotler |

2

**JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION**

OCT-09-09  03:06PM  FROM-MP&G                          619-231-1234        T-202  P.002/002  F-871
OCT-09-2009 12:22 From:562 493 6311

1  IT IS HEREBY STIPULATED AND AGREED:

2

3  DATED: October 9, 2009         By: _____
                                       Michael S. Humphries
4                                      Attorney for Plaintiffs

5  DATED:_____    By:_____
6                                      Dolores E. Gonzales
                                       Attorney for Four Winds
7                                      International, Inc.

8  DATED: 10/9/09                 By:_____
9                                      Michael F. Klein
                                       Attorney for Giant Inland Empire RV
10                                     Center, Inc.

11
   DATED:_____    By:_____
12                                     Hubert Kim
                                       Attorney for Cummins, Inc.
13

14 DATED:_____    By:_____
                                       Scott J. Hyman
15                                     Attorney for Bank of America

16

17

18

19

20 IT IS SO ORDERED:

21 DATED:_____

22
                                   _____
23                                 Honorable Alicemarie H. Stotler

24

25

26

27

28

                                      2
**JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION**

OCT-09-2009 12:17 From:562 493 0371                                                            Page:3/3

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED: |
| 3 | DATED: October 9, 2009    By: _____ |
| 4 | Michael S. Humphries<br>Attorney for Plaintiffs |
| 5 | DATED: _____     By: _____ |
| 6 | Dolores E. Gonzales<br>Attorney for Four Winds International, Inc. |
| 8 | DATED: _____     By: _____ |
| 9 | Michael F. Klein<br>Attorney for Giant Inland Empire RV Center, Inc. |
| 11 | DATED: October 9, 2009    By: _____ |
| 12 | Hubert Kim<br>Attorney for Cummins, Inc. |
| 14 | DATED: _____     By: _____ |
| 15 | Scott J. Hyman<br>Attorney for Bank of America |

IT IS SO ORDERED:

DATED: _____

                                Honorable Alicemarie H. Stotler

2

**JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION**

10/12/2009 10:57 9494427121 SEVERSON & WERSON PAGE 02/02
OCT-09-2009 12:18 From:562 493 0371 Page:3/3

IT IS HEREBY STIPULATED AND AGREED:

DATED: October 9, 2009        By: _____
                                  Michael S. Humphries
                                  Attorney for Plaintiffs

DATED: _____        By: _____
                                  Dolores E. Gonzales
                                  Attorney for Four Winds
                                  International. Inc.

DATED: _____        By: _____
                                  Michael F. Klein
                                  Attorney for Giant Inland Empire RV
                                  Center, Inc.

DATED: _____        By: _____
                                  Hubert Kim
                                  Attorney for Cummins, Inc.

DATED: _____        By: _____
                                  Scott J. Hyman
                                  Attorney for Bank of America

IT IS SO ORDERED:

DATED: _____

                                  Honorable Alicemarie H. Stotler

2

**JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION**